May Term,
1856.

SAYRES
v.
GREGORY.

*E. H. Brackett*, for the appellant.

*R. C. Gregory* and *R. Jones*, for the appellee.

---

## SAYRES and Others *v.* GREGORY.

A petition for a highway lying in a single township, was pending before the board of commissioners when the R. S. 1852 took effect. *Held*, that the jurisdiction was continued by the statute saving pending suits.

APPEAL from the *Warren* Court of Common Pleas.

Saturday,
June 14.

*Per Curiam.*—Petition for a highway lying in a single township, pending before the board of county commissioners when the code of 1852, changing the law, came into force. *B. F. Gregory* appeared, on that code coming into force, and moved the commissioners to dismiss for want of jurisdiction. The motion was sustained. This was wrong. The proceeding was saved by the statute in reference to pending suits.

On appeal to the Common Pleas, the motion was renewed and wrongfully sustained. It was there also ob-

jected that the cause was not properly docketed as to parties defendant. We see nothing in this objection. If the proper parties had not been named by the clerk in docketing the cause, as to which we do not decide, the papers furnished the necessary data to correct the entry. In the absence of correction, those named, for aught that appears, must abide.

The judgment is reversed with costs. Cause remanded, &c.

*R. A. Chandler*, for the appellants.

*B. F. Gregory*, for the appellee.

